## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUISE E. ROBINSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 16-3575** |
| | : | |
| **ALLSTATE PROPERTY &** | : | |
| **CASUALTY INSURANCE CO.** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW,** this 24th day of January, 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 46), Plaintiff's Response and Amended Response (Doc. Nos. 48, 60), Defendant's Reply (Doc. No. 61), and all related submissions, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 46) is **GRANTED**. Judgment is entered in favor of Defendant Allstate Property & Casualty Insurance Co. and against Plaintiff Louise E. Robinson. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.